**Dismiss and Opinion Filed July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00582-CV

### TASHISHA JOHNSON & ALL OTHER OCCUPANTS, Appellant
### V.
### ADVENIR @ LAKE HIGHLANDS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01567-B**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

The clerk's record in this case is overdue. By letter dated June 27, 2014, we informed appellant that the County Clerk had notified the Court that clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not filed the required documentation within ten days of the date of the letter, we might dismiss the appeal for want of prosecution without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record or her appeal.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


140852F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TASHISHA JOHNSON & ALL OTHER
OCCUPANTS, Appellant

No. 05-14-00582-CV          V.

ADVENIR @ LAKE HIGHLANDS,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-01567-B.
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ADVENIR @ LAKE HIGHLANDS recover its costs of this appeal, if any, from appellant TASHISHA JOHNSON & ALL OTHER OCCUPANTS.

Judgment entered July 14, 2014